

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2016

No. 04-16-00585-CV

**IN RE** Rene **SAENZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Jason Pulliam, Justice

On September 14, 2016, Relator filed a petition for writ of mandamus. The court has considered the petition and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on September 16, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 11-10-16006-CV, styled *Ramon Saenz, Javier Saenz and Alvarado Hinojosa v. Rene Saenz, Defendant, Carlos Saenz and Mae Saenz, Intervenors*, pending in the 79th Judicial District Court, Brooks County, Texas, the Honorable Richard C. Terrell presiding.